JL

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Reydesel Nevarez Marquez, | No.    CV-26-05369-PHX-SHD |
| Petitioner, | |
| v. | **ORDER** |
| Luis Rosa, Jr., et al., | |
| Respondents. | |

Pro se Petitioner Reydesel Nevarez Marquez, an immigration detainee who is confined in the Central Arizona Florence Correctional Complex, has filed a Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus challenging his immigration detention. Petitioner has not paid the $5.00 filing fee or filed an Application to Proceed In Forma Pauperis. The Court will give Petitioner 30 days from the date this Order is filed to either pay the $5.00 filing fee or file a complete Application to Proceed In Forma Pauperis using the form included with this Order.

**Warnings**

### A.    Address Changes

Petitioner must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure. Petitioner must not include a motion for other relief with a notice of change of address. Failure to comply may result in dismissal of this action.

**JDDL**

**B.      Possible Dismissal**

If Petitioner fails to timely comply with every provision of this Order, including these warnings, the Court may dismiss this action without further notice.  *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to comply with any order of the Court).

**IT IS ORDERED:**

(1)      Within **30 days** of the date this Order is filed, Petitioner must either pay the $5.00 filing fee **or** file a complete Application to Proceed In Forma Pauperis.

(2)      If Petitioner fails to either pay the $5.00 filing fee or file a complete Application to Proceed In Forma Pauperis within 30 days, the Clerk of Court must enter a judgment of dismissal of this action without prejudice and without further notice to Petitioner and deny any pending unrelated motions as moot.

(3)      The Clerk of Court must mail Petitioner a court-approved form for filing an Application to Proceed In Forma Pauperis (Immigration).

Dated this 3rd day of August, 2026.

Honorable Sharad H. Desai
United States District Judge

- 2 -

JDDL

_____
Name and Prisoner/Booking Number

_____
Place of Confinement

_____
Mailing Address

_____
City, State, Zip Code

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

_____ ,

Petitioner,

v.

_____ ,

Respondent(s).

CASE NO. _____

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**

**(IMMIGRATION HABEAS)**

    I, _____ , declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief.

    In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently employed at the institution where you are confined?    ☐Yes    ☐No
If "Yes," state the amount of your pay and where you work. _____

_____

_____

2. Do you receive any other payments from the institution where you are confined?    ☐Yes    ☐No
If "Yes," state the source and amount of the payments. _____

_____

_____

3.  Do you have any other sources of income, savings, or assets either inside or outside of the institution where you are confined?  ☐Yes    ☐No
    If "Yes," state the sources and amounts of the income, savings, or assets.  _____
    _____
    _____

I declare under penalty of perjury that the above information is true and correct.

_____          _____
            DATE                                              SIGNATURE OF APPLICANT